■ In the Matter of the Arbitration between NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant, and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 2028, Respondent. (Appeal No. 2.) [887 NYS2d 918]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered January 26, 2009 in a proceeding pursuant to CPLR article 75. The order denied petitioner's motion for leave to reargue respondent's cross motion in appeal No. 1.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Niagara Frontier Transp. Auth. (International Longshoremen's Assn., Local 2028)* (67 AD3d 1424 [2009]). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.

■ In the Matter of JOHN E. KAZMIRSKI, Petitioner, v VILLAGE OF WEEDSPORT, Respondent. [887 NYS2d 925]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered April 13, 2009) to review a determination of respondent. The determination terminated petitioner from the position of police officer.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.